UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARBARA JEAN MERCER, #845048,

        Petitioner,        Case No. 16-cv-11331
                                        Hon. Matthew F. Leitman

v.

ANTHONY STEWART,

        Respondent.
_____/

## ORDER DIRECTING RESPONDENT TO SERVE PETITIONER WITH A COPY OF THE ANSWER TO THE HABEAS PETITION AND GRANTING PETITIONER'S REQUEST FOR AN EXTENSION OF TIME

      This matter is before the Court on Petitioner's letter request indicating that she has not received a copy of Respondent's answer to her habeas petition and requesting a copy of that answer and an extension of time to file a reply. Having considered the matter, the Court finds that Petitioner is entitled to a copy of Respondent's answer to her habeas petition and additional time to reply to that answer. Accordingly, the Court **DIRECTS** Respondent to serve Petitioner with a copy of the answer to the habeas petition upon receipt of this order and **GRANTS** Petitioner's request for an extension of time to reply. Petitioner shall have **60 DAYS** from the mailing date of the answer to file a reply to that answer.

      IT IS SO ORDERED.

                                          /s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: December 13, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 13, 2016, by electronic means and/or ordinary mail.

s/Holly A. Monda  
Case Manager  
(313) 234-5113
