UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARBARA JEAN MERCER,

    Petitioner,

v.

    Case No. 16-cv-11331
    Hon. Matthew F. Leitman

ANTHONY STEWART, *Warden*,

    Respondent.

_____/

## ORDER DIRECTING PETITIONER TO FILE SUPPLEMENTAL REPLY BRIEF

On February 2, 2023, Respondent filed a supplemental brief in opposition to the Petition for a Writ of Habeas Corpus. (*See* Supp. Br., ECF No. 43.) The Court has reviewed Respondent's supplemental brief and has concluded that it would substantially benefit from a reply supplemental brief from Petitioner in which she addresses and responds to all of the arguments raised in Respondent's supplemental brief. Accordingly, IT IS HEREBY ORDERED that by not later than **May 8, 2023**, Petitioner shall file a supplemental reply brief in which she addresses and responds to all of the arguments raised in Respondent's supplemental brief.

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: February 9, 2023

     I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 9, 2023, by electronic means and/or ordinary mail.

                                              s/Holly A. Ryan
                                              Case Manager
                                              (313) 234-5126