UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARBARA JEAN MERCER,

    Petitioner,

v.

                                   Case No. 16-cv-11331
                                   Hon. Matthew F. Leitman

ANTHONY STEWART, *Warden*,

    Respondent.

_____/

## ORDER DIRECTING RESPONDENT TO OBTAIN AND FILE PRESENTENCE INVESTIGATION REPORT

On April 25, 2022, the Court entered an Order concluding that Petitioner Jean Mercer is entitled to federal habeas relief on her due process claim and directing both Mercer and Respondent Anthony Stewart to file supplemental briefs concerning the form and scope of the habeas relief to be granted. (*See* Order, ECF No. 36.) Mercer filed her supplemental brief on November 2, 2022, and Stewart filed his supplemental brief on February 2, 2023. (*See* Supp. Brs., ECF Nos. 42, 43.) After carefully reviewing the parties' briefs, the Court has determined that it would benefit from a review of the Presentence Investigation Report from Mercer's sentencing. Therefore, **it is hereby ordered** that Respondent shall obtain and file with the Court the Presentence Investigation Report arising out of Mercer's convictions, which

shall include her Basic Information Report and Sentencing Information Report, by no later than **March 28, 2023**.

**IT IS SO ORDERED.**

        s/Matthew F. Leitman
        MATTHEW F. LEITMAN
        UNITED STATES DISTRICT JUDGE

Dated: March 7, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 7, 2023, by electronic means and/or ordinary mail.

        s/Holly A. Ryan
        Case Manager
        (313) 234-5126