UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARBARA JEAN MERCER,

    Petitioner,

v.

ANTHONY STEWART, *Warden*,

    Respondent.

_____/

Case No. 16-cv-11331
Hon. Matthew F. Leitman

## **JUDGMENT**

In accordance with the Opinion and Order entered on April 25, 2022, and with the Opinion and Order entered on August 7, 2024, **IT IS HEREBY ADJUDGED** that Respondent shall not hold Petitioner Barbara Mercer in custody pursuant to the conviction on Count II (for the second degree murder of Shemel Thomas) as reflected in the Judgment of Sentence entered by the Jackson County Circuit Court against Mercer on August 9, 2012.

**IT IS FURTHER ADJUDGED** that Respondent shall not consider that conviction in connection with any decision related to the conditions of Mercer's custody, including but not limited to any decision related to (a) parole (and/or parole eligibility) and/or (b) Mercer's custody level and security classification within the Michigan Department of Corrections.

**IT IS FURTHER ADJUDGED** that in all other respects, Judgment is entered in favor of Respondent and against Mercer.

The Court has previously granted Mercer a Limited Certificate of Appealability to appeal from portions of the two Opinion and Orders referenced above.

                                        KINIKIA ESSIX
                                        CLERK OF COURT

                    By:    s/Holly A. Ryan
                              Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  August 7, 2024
Detroit, Michigan